CASSELLI v. MOSSO.

(Supreme Court, Appellate Term. November 10, 1904.)

1. SALE BY DESCRIPTION—ACCEPTANCE.

　　Where the vendor and vendee had both had long experience in the trade, and a sale was by description, delivery made, and an actual inspection by the vendee, the vendee is liable for the price.

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Rafaello Casselli against Michael B. Mosso. From a judgment for defendant, plaintiff appeals. Reversed.

Argued before FREEDMAN, P. J., and BISCHOFF and FITZGERALD, JJ.

Ullo & Ruebsamen, for appellant.

E. J. Kelly, for respondent.

FITZGERALD, J. Defendant's letter of January 24, 1902, while complaining of the quality of the wine, was accompanied by a draft in full payment of the price, and further expressed the hope that in future a better quality of goods would be supplied. This letter constitutes an acceptance by the defendant. Vendor and vendee had long experience in the trade. The sale was by description. Full

delivery had been made. That reasonable opportunity thereafter had been afforded for inspection and discovery is established by the convincing proof of the letter itself, which conclusively shows that actual inspection and discovery had been had at the time it was written. Judgment in favor of the defendant must be reversed. Waeber v. Talbot, 167 N. Y. 48, 60 N. E. 288, 82 Am. St. Rep. 712; Coplay Iron Company v. Pope, 108 N. Y. 232, 15 N. E. 335.

Judgment reversed and new trial ordered, with costs to appellant to abide the event. All concur.